Todd Blanche
Attorney General of the United States
Laurel J. Holland
Assistant United States Attorney
Eastern District of Washington
Post Office Box 21
Richland, WA 99352
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 04 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOBANNY CHAVEZ-CASTRO (a/k/a “Geovanny Chavez-Martinez,” “Geovanny Martinez Chavez,” “Geovanny Francisco Chavez-Castro,” “Jobanny Francisco Chavez,” “Geovanny F. Chavez Martinez”),<br><br>Defendant. | 4:26-CR-6043-MKD<br><br>INDICTMENT<br><br>Vio: 8 U.S.C. § 1326<br>Alien in the United States After Deportation |

The Grand Jury charges:

On or about October 5, 2026, the Defendant, JOBANNY CHAVEZ-CASTRO (a/k/a “Geovanny Chavez-Martinez,” “Geovanny Martinez Chavez,” “Geovanny Francisco Chavez-Castro,” “Jobanny Francisco Chavez,” “Geovanny F. Chavez Martinez”), a citizen and national of Nicaragua, who had theretofore been denied admission, excluded, deported and removed from the United States on or about October 19, 2011, at El Paso, Texas, on or about April 3, 2013, at El Paso, Texas, and on or about January 23, 2019, at Alexandria, Louisiana, was found in

the United States, in the Eastern District of Washington, and he did not have the express consent of the Attorney General, or the Attorney General's successor, the Secretary of the Department of Homeland Security (6 U.S.C. §§ 101, 202(3) & (4), 402, 557), to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326.

DATED this 4 day of November, 2026.

[redacted]

Todd Blanche
Attorney General

Alison L. Gregoire
Criminal Chief

For
Laurel J. Holland
Assistant United States Attorney